

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-11-01074-CV

EAST HOUSTON ESTATE APARTMENTS, L.L.C., Appellant

V.

CHASE BANK OF TEXAS, N.A., Appellee

Appeal from the 233rd District Court of Harris County.   (Tr. Ct. No. 2007-58763B).

This case is an appeal from the final judgment signed by the trial court on November 8, 2011.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant East Houston Estate Apartments, L.L.C. pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 1, 2012.

Panel consists of Justices Keyes, Massengale, and Brown. Opinion delivered by Justice Brown.